IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00304-MOC-WCM

| BARRETT VALUES CENTRE, L.L.C., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RICHARD BARRETT, | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 21) filed by Philip S. Anderson. The Motion indicates that Mr. Anderson, a member in good standing of the Bar of this Court, is local counsel for Barrett Values Centre, L.L.C. and that he seeks the admission of Marc A. Peritz, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that counsel for Defendant takes no position with respect to the Motion.

Accordingly, the court **GRANTS** the Motion (Doc. 21) and **ADMITS** Marc A. Peritz to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 9, 2022

W. Carleton Metcalf
United States Magistrate Judge